

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

Mailing Address:   271 Cadman Plaza East

Brooklyn, New York 11201

December 22, 2009

BY ECF AND INTEROFFICE MAIL

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> The Court is sorry to hear that the visa "fell through". This is disheartening. Defendant's counsel shall report the status of plaintiff's case to the Court by 3/15/10.
>
> S/ Hon. Lois Bloom
> 12/30/09

Re: Maniero v. Gonzales
    CV 07-0047

Dear Judge Bloom:

   This letter is written to provide a status report to the Court on the above-referenced matter. As the Court is aware, approximately two years ago, the Immigration authorities placed plaintiff and his entire family in deferred action status, that status being valid until January 25, 2010. Part of the reason for this was to provide plaintiff with the opportunity to regularize his status here.

   It appeared that plaintiff was on the way to doing so. Indeed, plaintiff had a labor certification issued and was eligible to receive resident status through a work-related visa. His case was being handled by an immigration attorney. However, for reasons not totally clear, (plaintiff blames the attorney and the attorney blames plaintiff), the visa was not timely processed and accordingly fell through.

   I have asked the Immigration authorities to extend plaintiff's status for another year and am awaiting their response. While I am hopeful that they will extend his status, they will not agree to provide him with resident status.

Thank you for your assistance in this matter and please contact me should any additional information be required.

            Respectfully submitted,

            BENTON J. CAMPBELL
            UNITED STATES ATTORNEY

By: {/s/electronically filed}
    Scott Dunn
    Asst U.S. Attorney
    (718)254-6029

cc: Manuel Maniero
    225 W. 109 th Street
    New York, New York 10025