UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

MANUEL V. MANEIRO,

                Plaintiff,

**ORDER**
07 CV 47 (NGG)(LB)

- against -

MICHAEL MUKASEY, Attorney General
of the United States; and
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                Defendants.

------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

    The Court held a pretrial status conference in this case on March 17, 2010, pursuant to Fed. R. Civ. P. 16. The Court has stayed the defendants' response to plaintiff's complaint, and has asked for the Government's assistance to resolve this action. In January, defendants' counsel notified the Court that the "Immigration Authorities have agreed to extend deferred action status for Mr. Maneiro and his family for a year." (Document 21.) However, that deferred action will not resolve plaintiff's claims.

    Accordingly, the Court has reached out to the Immigration Justice Clinic at the Benjamin N. Cardozo School of Law to inquire whether the clinic could provide pro bono representation to plaintiff, pursuant to 28 U.S.C. §1915(e)(1). The clinic has agreed to meet with plaintiff to evaluate whether it can represent him in this case, and plaintiff should contact the clinic to schedule an appointment for the week of August 2, 2010. Plaintiff shall call:

        Professor Peter L. Markowitz
        Director, Immigration Justice Clinic
        Benjamin N. Cardozo School of Law

55 Fifth Avenue, Room 1109
New York, New York 10003
Tel. (212) 790-0340

This case is hereby stayed. Professor Markowitz is requested to notify defendants' counsel and the Court whether Cardozo's clinic can represent plaintiff by September 30, 2010.

SO ORDERED.

/S/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: March 19, 2010
       Brooklyn, New York